JTW: 11.15.22
USAO: PCM/SS 2022R00585

USDC- BALTIMORE
23 JAN 26 AM10:56

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| **v.** | *    **CRIMINAL NO. GLR-22-340** |
| | * |
| **DONTE WILLIAMS,** | *    (Possession of a Firearm and |
| | *    Ammunition by a Prohibited Person, 18 |
| **Defendant** | *    U.S.C. § 922(g)(1); Unlawful Possession |
| | *    of Machinegun, 18 U.S.C. § 922(o); |
| | *    Possession with Intent to Distribute a |
| | *    Controlled Substance, 21 U.S.C. § |
| | *    841(a); Possession of a Firearm in |
| | *    Furtherance of a Drug Trafficking |
| | *    Crime, 18 U.S.C. § 924(c)(1)(A); |
| | *    Forfeiture, 18 U.S.C. § 924(d), 21 U.S.C. |
| | *    § 853, 28 U.S.C. § 2461(c)) |

*******

## SECOND SUPERSEDING INDICTMENT

## COUNT ONE

### (Possession of a Firearm and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland charges that:

On or about September 4, 2022, in the District of Maryland, the defendant,

## DONTE WILLIAMS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is, a Glock, Model 27 pistol, bearing serial number BSS685; and 21 rounds of .40 S&W caliber ammunition; and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

## COUNT TWO

### (Unlawful Possession of a Machinegun)

The Grand Jury for the District of Maryland further charges that:

On or about September 4, 2022, in the District of Maryland, the defendant,

### DONTE WILLIAMS,

did knowingly possess a machinegun, as that term is defined in 26 U.S.C. § 5845(b); that is, the conversion device attached to the Glock, Model 27 pistol, bearing serial number BSS685, in violation of Title 18, United States Code, Section 922(o) and 924(a)(2).

18 U.S.C. § 922(o)
26 U.S.C. § 5845(b)
18 U.S.C. § 924(a)(2)

## COUNT THREE

### (Possession of a Firearm and Ammunition by a Prohibited Person)

The Grand Jury for the District of Maryland further charges that:

On or about September 28, 2022, in the District of Maryland, the defendant,

### DONTE WILLIAMS,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is, an Arcus Model 98DA 9mm pistol bearing serial number 33GH500582, and 13 rounds of 9mm ammunition; and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)

## COUNT FOUR

### (Possession with the Intent to Distribute a Controlled Substance)

The Grand Jury for the District of Maryland further charges that:

On or about September 28, 2022, in the District of Maryland, the Defendant,

### DONTE WILLIAMS,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I Controlled Substance; and a mixture or substance containing a detectable amount of fentanyl, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a).

21 U.S.C. § 841(a)(1)

## COUNT FIVE

**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

The Grand Jury for the District of Maryland further charges that:

On or about September 28, 2022, in the District of Maryland, the Defendant,

### DONTE WILLIAMS

did knowingly possess a firearm, that is one Arcus Model 98DA 9mm pistol bearing serial number 33GH500582, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a), as alleged in Count Four of this Second Superseding Indictment.

18 U.S.C. § 924(c)(1)(A)

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.      Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, 26 U.S.C. § 5872 and 28 U.S.C. § 2461(c), in the event of the Defendant's conviction under any of the offenses charged in Counts One through Five of this Second Superseding Indictment.

### Narcotics Forfeiture

2.      Upon conviction of an offense in violation of the Controlled Substances Act, as alleged in Count Four, the Defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

   a.  any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and

   b.  any property used, or intended to be used, in any manner or part, to commit, or facilitate the commission of, such offense.

### Firearms and Ammunition Forfeiture

2.      Upon conviction of any of the offenses alleged in Counts One through Three and Count Five, the Defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense(s).

### Property Subject to Forfeiture

3.      The property to be forfeited includes but is not limited to the following:

   a.      Glock, Model 27 pistol, bearing serial number BSS685, with a conversion device;

   b.      Approximately 21 rounds of .40 S&W caliber ammunition;

    c.      Arcus Model 98DA 9mm pistol, bearing serial number 33GH500582; and

    d.      Approximately 13 rounds of 9mm ammunition.

### Substitute Assets

3.    If, as a result of any act or omission of the defendant, any of the property described above as being subject to forfeiture:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third person;

    c.      has been placed beyond the jurisdiction of the Court;

    d.      has been substantially diminished in value; or,

    e.      has been commingled with other property which cannot be divided without difficulty,

the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), shall be entitled to forfeiture of substitute property up to the value of the forfeitable property described above.

18 U.S.C. § 924(d)
21 U.S.C. § 853
26 U.S.C. § 5872
28 U.S.C. § 2461(c)

_____
Erek L. Barron
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
_____
Foreperson

_1/26/23_____
Date