**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Patricia McLane*
*Assistant United States Attorney*
*Patricia.McLane@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4942*
*MAIN: 410-209-4800*
*FAX: 410-962-0717*

January 28, 2026

The Honorable Matthew J. Maddox
United States District Court
for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

RE: Status Report for United States v. Williams,
MJM-22-340

Dear Judge Maddox:

The Government, with counsel for the Defendant's consent, submits this status report in the above-captioned case. On August 14, 2025, a jury found the Defendant guilty of three counts, 18 U.S.C. §§ 922(g), 924(c); and 21 U.S.C. § 841(a). ECF No. 142. The Court scheduled a sentencing hearing for December 18, 2025. ECF No. 151.

The Defendant filed a Motion for a New Trial on August 26, 2025. ECF No. 147. The Motion included a request to supplement and for the Government to not respond until filing a substantive motion.

On December 4, 2025, the Court released Mr. Nieto from the case. ECF No. 154. The Court appointed Patrick Kent, Esq. ECF No. 155.

The parties contacted chambers on December 9, 2025, and requested the December 18, 2025, sentencing hearing be continued. The Court obliged and suspended the Sentencing Scheduling Order. ECF No. 157.

On December 12, 2025, at the request of Counsel, this Court ordered a status update due on or before January 29, 2026, to permit appointed counsel Patrick Kent time to begin his review of the case discovery, transcripts and to meet with the Defendant to prepare for filing a supplemental motion (if appropriate) and a sentencing letter. Defense counsel is continuing to review the case materials and has requested additional court proceedings to be transcribed to conclude his review. Defense counsel expects the transcripts to be ready no later than February 27, 2026.

The Government respectfully requests the Court set another status update on or about March 22, 2026.

Very truly yours,

Kelly O. Hayes
United States Attorney

________/s/______________________
Patricia McLane
Stanton M.B. Lawyer
Assistant United States Attorneys