**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Patricia McLane*
*Assistant United States Attorney*
*Patricia.McLane@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4942*
*MAIN: 410-209-4800*
*FAX: 410-962-0717*

March 23, 2026

The Honorable Matthew J. Maddox
United States District Court
for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

RE: Status Report for United States v. Williams,
MJM-22-340

Dear Judge Maddox:

The Government, with counsel for the Defendant's consent, submits this status report in the above-captioned case. On August 14, 2025, a jury found the Defendant guilty of three counts, 18 U.S.C. §§ 922(g), 924(c); and 21 U.S.C. § 841(a). ECF No. 142. The Court scheduled a sentencing hearing for December 18, 2025. ECF No. 151.

The Defendant filed a Motion for a New Trial on August 26, 2025. ECF No. 147. The Motion included a request to supplement and for the Government to not respond until filing a substantive motion.

On December 4, 2025, the Court released Mr. Nieto from the case. ECF No. 154. The Court appointed Patrick Kent, Esq. ECF No. 155.

The parties contacted chambers on December 9, 2025, and requested the December 18, 2025, sentencing hearing be continued. The Court obliged and suspended the Sentencing Scheduling Order. ECF No. 157.

On February 5, 2026, at the request of Counsel, this Court ordered a status update due on or before March 23, 2026, to permit appointed counsel time to continue his review of the case discovery, transcripts and to meet with the Defendant to prepare for filing a supplemental motion (if appropriate) and a sentencing letter.

On March 16, 2026, Defense counsel received the final requested transcript necessary for his review. Defense counsel has advised the Government that the Defendant will be filing a motion for new trial. The parties have proposed the following scheduling deadlines as to Defendant's motion for new trial:

Defendant shall file its motion for new trial by April 15, 2026. The Government will file its opposition response by April 30, 2026. If necessary, the Defendant shall file any reply to the Government's opposition response by May 7, 2026, and if necessary, the Government shall file any reply to the Defendant's reply by May 14, 2026.

The Government respectfully requests the Court set another status update on or about May 15, 2026.

Very truly yours,

Kelly O. Hayes
United States Attorney

/s/
Patricia McLane
Stanton M.B. Lawyer
Assistant United States Attorneys