**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**DONTE WILLIAMS,**<br><br>**Defendant.** | **CRIMINAL NO. MJM-22-340** |

**MOTION TO FILE GOVERNMENT'S OPPOSITION UNDER SEAL**

The United States of America, by and through undersigned counsel, hereby files this motion to file its Opposition to Defendant's Motion for New Trial (the "Opposition") under seal. In support of this motion, the government states as follows:

1. The Opposition contains sensitive information and no reasonable alternative to sealing are available. Specifically, the opposition quotes from and references sealed testimony from the Attorney Inquiry Hearing in this matter. Additionally, the interests in sealing outweigh the interests of disclosure on the docket. *See Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 63 (4th Cir. 1989) (describing standards for sealing)

2. Counsel will file a hard copy of the Opposition with the Court (pursuant to Standing Order 2025-04) and intends to serve defense counsel with copies of the Opposition in compliance with Fed. R. Crim. P. 49(a)(3)(B) or (a)(4).

**WHEREFORE**, the Government respectfully requests that the Court grant the Government's Motion to File Government's Opposition Under Seal.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

/s/ ______________________________
Stanton Lawyer
Assistant United States Attorney
36 S. Charles Street, Fourth Floor
Baltimore, MD 21201
(410) 209-4800 (phone)

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing with the Court via CM/ECF, which sent a copy to counsel of record.

__/s/__________________________
Stanton Lawyer