**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Patricia McLane*
*Assistant United States Attorney*
*Patricia.McLane@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4942*
*MAIN: 410-209-4800*
*FAX: 410-962-0717*

September 28, 2026

The Honorable Matthew J. Maddox
United States District Court
for the District of Maryland
101 W. Lombard St.
Baltimore, MD 21201

RE: Upcoming Motions Hearing in United States of America v. Donte Williams, MJM-22-340

Dear Judge Maddox:

The Government writes in advance of the October 1, 2026 motions hearing. The parties have conferred and respectfully suggest the Court adopt the following approach to the hearing. Because Mr. Williams's *McCoy* claim is likely dispositive, the parties request that the Court address that issue first. Mr. Williams is prepared to present witness testimony and evidence in support of this claim. The Government is not currently planning on offering any witnesses or evidence on this claim. If the Court rules in Mr. Williams's favor on the McCoy claim, the parties believe the relief would be a new trial and there would be no need for the Court to address Mr. Williams's *Napue* claim.

Very truly yours,

Kelly O. Hayes
United States Attorney

/s/
Patricia McLane
Stanton Lawyer
Stephen Simrill
Assistant United States Attorneys

Cc: Patrick Kent, Counsel for Donte Williams