**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| | * | **Crim. No. MJM-22-340** |
| **v.** | * | |
| | * | |
| **DONTE WILLIAMS** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |

* * * * * * * * * *

## ORDER

For the reasons stated on the record during a hearing on October 1, 2026, it is by the United States District Court for the District of Maryland, hereby ORDERED that:

1. Defendant's Motion for a New Trial (ECF Nos. 147 & 181) is GRANTED;
2. The jury's verdict as to Counts Three, Four, and Five of the Third Superseding Indictment (ECF No. 142) is VACATED; and
3. A scheduling conference will be held on October 6, 2026, at 11:30 a.m. by telephone conference call between counsel for the parties and the Court.

/S/
Matthew J. Maddox
United States District Judge